UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH JOHN WILCOX,<br><br>                    Petitioner,<br><br>   v.<br><br>JEFFREY UTTECHT,<br><br>                  Respondent. | CASE NO. 3:21-cv-05717-RSM-BAT<br><br>**ORDER GRANTING MOTION TO AMEND RESPONDENT** |

      The Court GRANTS petitioner's motion to amend the Respondent to reflect Melissa Andrewjeski is the current Superintendent to be named in this matter. Dkt. 8. The Court directs the parties that all pleadings henceforth shall name Mr. Andrewjeski as Respondent. The Clerk is also directed to amend the docket to reflect Melissa Andrewjeski, Superintendent, Coyote Ridge Corrections Center is the Respondent.

      DATED this 4th day of November, 2021.

                                                        _____
                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge