UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH JOHN WILCOX,

          Petitioner,

   v.

JEFFREY UTTECHT,

          Respondent.

CASE NO. 3:21-cv-05717-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Report and Recommendation is ADOPTED.

(2)    Petitioner's 28 U.S.C. § 2254 habeas petition is DENIED and this matter is DISMISSED with prejudice.

(3)    Petitioner's request for an evidentiary hearing is DENIED.

(4)    Petitioner's motions to strike and dismiss the answer, Dkt. 14, and for summary judgment, Dkt. 15, are DENIED.

(5)    Petitioner is DENIED issuance of a certificate of appealability.

ORDER OF DISMISSAL - 1

(6)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of March, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE